## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**MESA INDUSTRIES, INC.,**

      **Plaintiff,**

            **Case No. 1:22-cv-160**

      **v.**            **JUDGE DOUGLAS R. COLE**

**CHARTER INDUSTRIAL SUPPLY,**
**INC., et al.,**

      **Defendants.**       **<u>CALENDAR ORDER</u>**

This civil action came before the Court for a preliminary pretrial conference by telephone on November 3, 2022, at 1:30 p.m. The Court hereby enters the following Calendar Order:

| | |
|---|---|
| Motions to amend the pleadings and/or add additional parties: | **December 1, 2022** |
| Disclosure of lay witnesses: | **90 days before the close of discovery** |
| Discovery deadline: | **August 1, 2023** |
| Plaintiff's expert report(s) and designation(s): | **September 15, 2023** |
| Defendant's expert report(s) and designation(s): | **October 16, 2023** |
| Rebuttal expert report(s) and designation(s): | **November 17, 2023** |
| Dispositive motion deadline:[1] | **December 16, 2023** |
| Final Pretrial Conference: | **To be determined** |

---

[1] See the Standing Order governing Civil Motions for Summary Judgment.

Jury Trial:                              **To be determined**

**SO ORDERED.**

November 23, 2022
**DATE**                                 **DOUGLAS R. COLE**
                                         **UNITED STATES DISTRICT JUDGE**