UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MESA INDUSTRIES, INC., | Case 1:22-cv-00160 |
| Plaintiff, | Judge Jeffery P. Hopkins |
| vs. | **NOTICE OF CHANGE OF ADDRESS** |
| CHARTER INDUSTRIAL SUPPLY, INC., et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately the address for counsel of record for Defendants Charter Industrial Supply, Inc. ("Charter"), Alejandro Espinoza ("Espinoza"), and Kyle King ("King") (collectively "Defendants"), James T. Ryan (admitted *Pro Hac Vice*) and Annigian Ryan LLP, has a new address as follows:

**James T. Ryan**

**ANNIGIAN RYAN LLP**

**333 N. Indian Hill Blvd.**

**Claremont, California 91711**

The telephone number of (909) 981-0475, fax number of (909) 981-0113, and email address (jr@arllp.com) will remain the same.  Please take notice of this change and update your records accordingly.

Dated: June 6, 2023     By:   /s/ Jeffrey M. Nye
                                    Jeffrey M. Nye (0082247)
                                    Joshua M. Smith (0092360)

                                    jmn@sspfirm.com
                                    jms@sspfirm.com
                                    Stagnaro, Saba & Patterson Co., L.P.A.
                                    7373 Beechmont Avenue
                                    Cincinnati, Ohio 45230
                                    Tel:    (513) 533-2700
                                    Fax:    (513) 533-2999

                                    James T. Ryan (*Pro Hac Vice*)
                                    jr@arllp.com
                                    ANNIGIAN RYAN LLP
                                    333 N. Indian Hill Blvd.
                                    Claremont, CA 91711
                                    Tel:    (909) 981-0475
                                    Fax:    (909) 981-0113

                                    Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing NOTICE OF CHANGE OF ADDRESS was served on all counsel of record via CM/ECF on June 6, 2023.

/s/ Jeffrey M. Nye

Jeffrey M. Nye (0082247)