UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MESA INDUSTRIES, INC.,** | : | Case No. 1:22-cv-160 |
| **Plaintiff,** | : | **(Judge Jeffery P. Hopkins)** |
| -v- | : | |
| **CHARTER INDUSTRIAL SUPPLY, INC., et al.** | : | |
| **Defendants.** | : | |

**MOTION TO CONTINUE DEADLINES**

Plaintiff Mesa Industries, Inc. and Defendants Alejandro Espinoza, Kyle King, and Charter Industrial Supply, Inc. hereby jointly move for an Order from this Court extending all deadlines previously set in this matter via the Calendar Order dated November 23, 2022 (Doc. 30) to provide the parties additional time to conduct necessary discovery in this matter. This motion is made prior to the expiration of any deadlines sought to be extended and is agreed to by all parties.

Per agreement, the parties move that the following deadlines shall be adopted by the Court, each of which represents an extension of approximately 60 days.

- Discovery deadline: October 2, 2023
- Plaintiff's expert report(s) and designation(s): November 17, 2023
- Defendant's expert report(s) and designation(s): December 18, 2023
- Rebuttal expert report(s) and designation(s): January 19, 2024
- Dispositive Motion deadline: February 19, 2024
- Final pretrial Conference: To be determined

Agreed to by:

    */s/ Gregory J. Robinson*
Mark J. Chumley (0067321)
Gregory J. Robinson (0091290)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio  45202
Tel. (513) 579-6400
Fax: (513) 579-6457
Attorneys for Plaintiff,
Mesa Industries, Inc.

  */s/ James T. Ryan (with permission)*
Jeffrey M. Nye (0082247)
Joshua M. Smith (0092360)
jmn@sspfirm.com
jms@sspfirm.com
Stagnaro, Saba & Patterson Co., L.P.A.
7373 Beechmont Avenue
Cincinnati, Ohio 45230
Tel: (513) 533-2700
Fax: (513) 533-2999

James T. Ryan (PHV)
jr@arllp.com
Annigian Ryan LLP
333 N. Indian Hill Blvd.
Claremont, CA 91711
Tel: (909) 981-0475
Fax: (909) 981-0113

Attorneys for Defendants