# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MESA INDUSTRIES, INC.,** | : | Case No. 1:22-cv-160 |
| **Plaintiff,** | : | (Judge Jeffery P. Hopkins) |
| -v- | : | |
| **CHARTER INDUSTRIAL SUPPLY, INC., et al.** | : | |
| **Defendants.** | : | |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINES

This matter came before the Court on the Parties' Motion to Extend Deadlines. It is hereby ORDERED as follows:

The deadlines established by the Calendar Order issued by the Court dated November 23, 2022 (Doc. 30) shall be revised as follows:

- Discovery deadline: October 2, 2023
- Plaintiff's expert report(s) and designation(s): November 17, 2023
- Defendant's expert report(s) and designation(s): December 18, 2023
- Rebuttal expert report(s) and designation(s): January 19, 2024
- Dispositive Motion deadline: February 19, 2024
- Final pretrial Conference: To be determined

IT IS SO ORDERED.

Signed and entered this _____ day of June, 2023

_____
Judge Jeffery P. Hopkins

12673864.1