UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MESA INDUSTRIES, INC., | : | Case No. 1:22-cv-160 |
| | : | |
| Plaintiff, | : | Judge Jeffery P. Hopkins |
| | : | |
| v. | : | |
| | : | |
| CHARTER INDUSTRIAL SUPPLY, INC., et al. | : | |
| | : | |
| Defendants. | : | |

### ORDER GRANTING MOTION TO CONTINUE DEADLINES

This matter is before the Court on the parties' joint Motion to Continue Deadlines (Doc. 33), seeking to amend the Calendar Order (Doc. 30) issued in this matter on November 23, 2022. It is hereby ORDERED that the deadlines established by the Calendar Order shall be amended as follows:

- Discovery deadline: October 2, 2023
- Plaintiff's expert report(s) and designation(s): November 17, 2023
- Defendant's expert report(s) and designation(s): December 18, 2023
- Rebuttal expert report(s) and designation(s): January 19, 2024
- Dispositive Motion deadline: February 19, 2024

**IT IS SO ORDERED.**

Signed and entered this ___14th___ day of June, 2023

*Jeffery P. Hopkins*
Judge Jeffery P. Hopkins